IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-363-RJC-DCK

| | |
|---|---|
| RHONDA KING SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED AUTO CREDIT CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. The undersigned issued an order in this matter on August 17, 2010 (Document No. 12) granting Defendant United Auto Credit Corporation an extension of time, up to and including September 10, 2010, to respond to Plaintiff's First Set of Interrogatories And Request For Production Of Documents. The Court has learned that Defendant inadvertently omitted a request for an identical extension of time pertaining to the Plaintiff's Request for Admissions. The Court is also informed that Plaintiff does not object to this additional request.

**IT IS, THEREFORE, ORDERED** that the Defendant shall have up to and including **September 10, 2010** to serve its responses to Plaintiff's Request for Admissions.

Signed: August 24, 2010

David C. Keesler
United States Magistrate Judge