**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:09cv363-RJC-DCK**

| | | |
|---|---|---|
| **Rhonda King Scott,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **United Auto Credit Corp.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER** is before the Court sua sponte.  The parties are in the process of submitting briefs relating to the Defendant's motion for summary judgment.  The Defendant's reply brief is now due by January 28, 2011, after receiving two extensions to the reply brief deadline.

   The trial date in this matter is currently set for March 7, 2011.  As such, the Court does not anticipate ruling on the Defendant's motion with sufficient time for the parties to prepare for trial, should a trial be necessary.

   **IT IS, THEREFORE, ORDERED** that the March 7, 2011, trial date in this matter is **CONTINUED**, and a new trial date will be set if necessary after the Court resolves the pending motion for summary judgment.

Signed: January 25, 2011

Robert J. Conrad, Jr.
Chief United States District Judge