# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rhonda King Scott,

    Plaintiff,                                     JUDGMENT IN A CIVIL CASE

vs.                                                3:09-cv-363-MOC

United Auto Credit Corporation,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 16, 2011 Order.

                                            Signed: June 16, 2011

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court